**The below described is SIGNED.**



**Dated: May 10, 2005**    _____
**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF UTAH

### CENTRAL DIVISION

| | |
|---|---|
| In re: | **Bankruptcy Number:** |
| **Wallace Reed Bennett** | **04-39412** |
| **Debtor.** | **Chapter 7** |

### MEMORANDUM DECISION GRANTING LLOYD'S MOTION FOR RELIEF

### FACTS:

On March 17, 2003, The Society of Lloyd's ("Lloyd's") obtained judgment in the United States District Court, District of Utah (the "District Court"), against the Debtor for £ 415,679.50, plus interest in the amount of 8 % per year after March 11, 1998, until payment in full of all accrued interest and all unpaid principal (the "Judgment").  As of March 3, 2005, the total amount that the Debtor owes on the Judgment is £567,097, which is equal to $1,072,426.00 (U.S. Dollars).  On June 28, 2004, the clerk of the federal court executed a Writ of Garnishment against the Debtor's interest brokerage account at Morgan Stanley[1] (the "Brokerage Account").

---

[1]  As a joint owner with his wife, Debtor owns a one-half interest in the Morgan Stanley brokerage account identified as Account No. 124013054063.

On June 28, 2004, Lloyd's levied the Brokerage Account by serving the Writ of Garnishment upon Morgan Stanley. Evidence presented at the hearing shows that Debtor's one-half interest in the Brokerage Account has a value of approximately $550,000.

## PROCEDURAL HISTORY

On March 3, 2005, the Court conducted a continued evidentiary hearing on Lloyd's Motion for Relief from the Automatic Stay ("Motion for Relief") in room 376, United States Courthouse, 350 South Main Street, Salt Lake City, Utah, wherein Lloyd's sought permission to execute on the Brokerage Account as a secured creditor. Present at the hearing were Thomas Barton, Andrew Clarson, and Michael Zundel, counsel for Lloyd's; Gerald Suniville, counsel for the Debtor; David Bennett, a creditor; and Joel Marker, the Chapter 7 Trustee. On March 25, 2005, the Court issued a Memorandum Decision that granted the Motion for Relief in part to allow Judge Tena Campbell of the District Court to determine whether Magistrate Judge Nuffer had authority to issue the Writ of Garnishment against the Debtor's Brokerage Account, and thus whether Lloyd's holds a security interest in the Debtor's property.

On April 22, 2005, Judge Campbell entered an order determining that, pursuant to the Order of Reference dated November 19, 2003, and applicable statutes and rules cited therein, Magistrate Judge Nuffer had jurisdiction and authority to issue the Writ of Garnishment, and as such the Writ of Garnishment was valid and binding upon the parties in all respects.

## ANALYSIS:

Lloyd's submits that it has a lien based upon the Writ of Garnishment that was entered by

2

the District Court.  Judge Campbell's decision makes it clear that Judge Nuffer's Writ of

Garnishment was "binding upon the parties in all respects."  Because that Writ of Garnishment

was binding, it created a lien on the Debtor's Brokerage Account in favor of Lloyd's.[2]

Accordingly, the Court finds that Lloyd's is a secured creditor of the Debtor.  The Court further

finds that Lloyd's is not adequately protected.



## **CONCLUSION**

Based upon the foregoing, the Court concludes that Lloyd's Motion for Relief should be

granted.  A separate order will follow.

_____END OF DOCUMENT_____

---

[2] See In re Max McNeeley, 5 B.R. 816, 819 (Bankr. D. Utah 1985).

oo00–00oo

Service of the foregoing **MEMORANDUM DECISION GRANTING LLOYD'S**

**MOTION FOR RELIEF** will be effected through the Bankruptcy Noticing Center to each party

listed below.


Wallace Reed Bennett
1723 S. 2100 E.
Salt Lake City, UT 84108
Debtor

Gerald H. Suniville
50 South Main, #1600
P.O. Box 45340
Salt Lake City, UT 84145
Debtor's Counsel

Thomas R. Barton
PRINCE, YEATES & GELDZAHLER
City Centre I, Suite 900
175 East 400 South
Salt Lake City, UT 84111
The Society of Lloyd's Counsel

David Bennett
1189 South 2100 East
Salt Lake City, UT 84108
Creditor

Joel T. Marker
McKay Burton & Thurman
170 South Main Street
Suite 800
Salt Lake City, UT 84101
Chapter 7 Trustee

Office of the U.S. Trustee
#9 Exchange Place, Suite 100
Salt Lake City, UT 84111-2709